1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   BUCHALTER, NEMER, FIELDS & YOUNGER
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone:(949) 760-1121
5  Facsimile: (949) 720-0182

6  Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| DIRECTV, INC., a California corporation, | Case No. CIV-F-04-06535 REC DLB |
|---|---|
| Plaintiff, | Hon. Robert E. Coyle |
| vs. | **ORDER VACATING SCHEDULING CONFERENCE AND STAYING ACTION PURSUANT TO 11 U.S.C. § 362** |
| DANIEL GARCIA, | |
| Defendant. | |

Having read the Request to Vacate Scheduling Conference filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. The Scheduling Conference currently set for June 13, 2005 before Magistrate Judge Dennis L. Beck is hereby vacated; and

2. This action is hereby stayed pending further order of this Court or the Bankruptcy Court.

DATED: 6/8/05                              /s/ ROBERT E. COYLE

_____
Hon. Robert E. Coyle
United States District Court
Eastern District of California

BNFY 563253v1                          1                    (CIV-F-04-06535 REC DLB)
**[PROPOSED] ORDER VACATING SCHEDULING CONFERENCE
AND STAYING ACTION PURSUANT TO 11 U.S.C. § 362**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On June 6, 2005, I served the foregoing document described as: **[PROPOSED] ORDER ON REQUEST TO VACATE SCHEDULING CONFERENCE** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**\*\*\*SEE ATTACHED LIST\*\*\***

**[X]  BY OVERNIGHT DELIVERY**  On June 9, 2005, I placed the Overnite Express package for overnight delivery in a box or location regularly maintained by Overnite Express at my office or I delivered the package to an authorized courier or driver authorized by Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[X]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2005, at Irvine, California.

_____Laura Urias_____   _____
                                                      Signature

PDF created with pdfFactory trial version www.pdffactory.com

**SERVICE LIST**

Daniel Garcia
1956 Kimberly Avenue
Dinuba, CA 93618

Scott Lyons, Esq.
1010 West Main Street
Visalia, CA 93291

PDF created with pdfFactory trial version www.pdffactory.com