# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV INC, | CASE NO. CV-F-04-6535 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| DANIEL GARCIA | |
| Defendant. | |

This Court approves of the voluntary dismissal filed by Plaintiff on February 26, 2007 as to Defendant, pursuant to Fed. R. Civ. P. 41(a). Therefore, the entire action as to all remaining claims is hereby terminated and the above-captioned case is closed, without prejudice. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 27, 2007**            /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES DISTRICT JUDGE

1